# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1: 25-cr-223-RAH-CWB-1 |
| | ) | |
| MARCO ANTONIO CRUZ DEL RIO | ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The defendant, Marco Antonio Cruz Del Rio, has by consent appeared before me pursuant to Rule 11 of the Federal Rules of Criminal Procedure and has entered a plea of guilty to Count 1 of the Felony Information (Doc. 11). After cautioning and examining the defendant under oath concerning each of the subjects enumerated in Rule 11(b), I have determined that the defendant entered the plea of guilty knowingly and voluntarily and that there is a factual basis to support the plea. I therefore recommend that the plea of guilty be accepted.

**DONE** this the 9th day of April 2025.

_____
CHAD W. BRYAN
UNITED STATES MAGISTRATE JUDGE

### NOTICE

A party waives the right to challenge on appeal a finding of fact or conclusion of law adopted by the district judge if the party fails to object to that finding or conclusion within fourteen days following issuance of a report and recommendation containing the finding or conclusion.